# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____

No. 09-3105
_____

LANDSMAN & FUNK PC, and all
others similarly situated,

Appellant

v.

SKINDER-STRAUSS ASSOCIATES,
a New Jersey Partnership


_____

No. 09-3532
_____

GOODRICH MANAGEMENT CORP,
on behalf of itself and all others similarly situated,

Appellant

v.

AFGO MECHANICAL SERVICES INCGOODRICH MANAGEMENT CORP,
on behalf of itself and all others similarly situated,

Appellant

v.

AFGO MECHANICAL SERVICES INC

_____

No. 09-3793
_____

GOODRICH MANAGEMENT CORP,
On behalf of itself and all others similarly situated

v.

FLIERWIRE INC
doing business as SCHEIN MEDIA

Goodrich Management Corp,

Appellant
GOODRICH MANAGEMENT CORP,
On behalf of itself and all others similarly situated

v.

FLIERWIRE INC
doing business as SCHEIN MEDIA

Goodrich Management Corp,
Appellant

PRESENT: MCKEE, <u>Chief Judge</u>, SLOVITER, SCIRICA, RENDELL, BARRY, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR. VANASKIE and GARTH[*], Circuit Judges
<u>Circuit Judges</u>

O R D E R

A majority of the active judges having voted for rehearing en banc in the above consolidated appeals, it is ordered that the petitions for rehearing are **GRANTED**.

  /s/ Theodore A. McKee
Chief Circuit Judge

Dated: May 17, 2011
PDB/cc: All Counsel of Record

---

[*] Judge Garth's vote is limited to panel rehearing only.